**Order entered February 18, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01700-CV

**ORCA ASSETS, G.P., L.L.C., Appellant**

**V.**

**JPMORGAN CHASE BANK, N.A., ET AL, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05303**

## ORDER

We **GRANT** Dallas County District Clerk Gary Fitzsimmons's request for an extension of time to file the record and **ORDER** the record be filed no later than March 13, 2014. No further extensions will be granted absent exigent circumstances.

/Ada Brown/
ADA BROWN
JUSTICE